UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-cv-00136-D

| | |
|---|---|
| SHANTI C. VANGURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KIRSTJEN M. NIELSEN, Secretary ) | |
| of the Department of Homeland ) | |
| Security, et al., ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE being before the undersigned upon Defendants' motion to remand and dismiss without prejudice Plaintiff's complaint, pursuant to Title 8, United States Code, Section 1447(b); and

IT APPEARS to the Court that Plaintiff consents to Defendants' motion to remand and dismiss without prejudice, and that the motion should be allowed for good cause shown;

IT IS, THEREFORE, ORDERED that i) Defendants' Motion to Remand and Dismiss Without Prejudice is GRANTED; ii) this case shall be DISMISSED WITHOUT PREJUDICE and REMANDED for adjudication by the U.S. Citizenship and Immigration Services within sixty (60) days of this Order; iii) the Clerk shall send copies of this Order to counsel of record; and iv) the Clerk shall close this case.

SO ORDERED. This 8 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge