UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHANTI CHANDRIKA VANGURY, )
)
Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:18-CV-136-D**
)
DIRECTOR L FRANCIS CISSNA, )
Director U.S. Citizenship and Immigration )
Services, DISTRICT DIRECTOR DENISE )
M. FRAZIER, District Director, U.S. )
Citizenship and Immigration Services, )
Atlanta, SECRETARY KRISTJEN M. )
NIELSEN, Secretary of the Department of )
Homeland Security, )
)
Defendants. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Remand and Dismiss Without Prejudice is GRANTED; ii) the case shall be DISMISSED WITHOUT PREJUDICE and REMANDED for adjudication by the U.S. Citizenship and Immigration Services within sixty (60) days of this Order.

**This Judgment Filed and Entered on June 8, 2018, and Copies To:**

| | |
|---|---|
| Allison Lukanich | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:                                                               PETER A. MOORE, JR., CLERK

June 8, 2018                                      (By) /s/ Nicole Briggeman
                                                                        Deputy Clerk